

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00654-CR

**IN RE** Russell S. **ADAMS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
          Irene Rios, Justice
          Liza A. Rodriguez, Justice

On October 4, 2022, relator filed a *pro se* petition for writ of mandamus. Because relator was represented by trial counsel below, his *pro se* mandamus petition was treated as presenting nothing for this court's review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, we denied relator's petition for writ of mandamus by written opinion on October 26, 2022.

On November 14, 2022, relator filed a *pro se* motion for rehearing in which he urges this court to reconsider the denial of his mandamus petition. After consideration, relator's motion for rehearing is **DENIED**. Additionally, relator's motion to publish our October 26, 2022 opinion is **DENIED**.

It is so **ORDERED** on November 28, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court



---

[1] This proceeding arises out of Cause No. CR16-0666, styled *The State of Texas v. Russell S. Adams*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.